1 **ZANDRA L. LOPEZ**
California State Bar No. 216567
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone No. (619) 234-8467
4 Email: Zandra_Lopez@fd.org

5 Attorneys for Mr. Resendiz-Avila

6

7

8                     UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )    CASE NO. 07MJ2705
                                    )
11              Plaintiff,          )
                                    )
12 v.                               )
                                    )    **NOTICE OF APPEARANCE**
13 PEDRO RESENDIZ-AVILA,            )
                                    )
14              Defendant.          )
                                    )
15 _____ )

16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Zandra L. Lopez, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead counsel in

19 the above-captioned case.

20                              Respectfully submitted,

21

22 Dated:  November 26, 2007          */s/ ZANDRA L. LOPEZ*_____
                                      Federal Defenders of San Diego, Inc.
23                                    Attorneys for Defendant
                                      Zandra_Lopez@fd.org
24

25

26

27

28

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated:  November 26, 2007                    */s/ ZANDRA L. LOPEZ*
                                              Federal Defenders of San Diego, Inc.
                                              225 Broadway, Suite 900
                                              San Diego, CA  92101-5030
                                              (619) 234-8467  (tel)
                                              (619) 687-2666  (fax)
                                              Zandra_Lopez@fd.org (email)